UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MIKE BUBALO CONSTRUCTION CO., INC., et al.,<br><br>Defendants. | CASE NO.: 2:19-cv-03403-DSF-PLA<br><br>**ORDER AWARDING ATTORNEYS' FEES AGAINST DEFENDANTS MIKE BUBALO CONSTRUCTION CO., INC., THE WESTERN SURETY COMPANY, AND OLD REPUBLIC SURETY COMPANY** |

Plaintiff ("Adminco") brought a motion for summary judgment. On May 29, 2020, the Court issued an order (Court Document 41) granting Adminco's motion other than its sixth claim for relief ("Summary Judgment Order"). In its motion for summary judgment, Adminco sought an award of attorneys' fees against defendant Mike Bubalo Construction Co., Inc. ("Employer") and defendants The Western Surety Company and Old Republic Surety Company (together "Sureties"). In its Summary Judgment Order, the Court agreed that Adminco is entitled to an award of attorneys'

1

fees and ordered the parties to meet and confer to attempt to resolve the issues of the amount and allocation of fees. *See* Summary Judgment Order (Court Document 41) at p. 13. Adminco, the Employer and the Sureties have filed a stipulation for an award of attorneys' fees in the amount of $65,000.00 jointly and severally against the Employer and Sureties.

**IT IS THEREFORE HEREBY ORDERED THAT** plaintiff Construction Laborers Trust Funds for Southern California Administrative Company is awarded attorneys' in the amount of $65,000.00 jointly and severally against defendants Mike Bubalo Construction Co., Inc., The Western Surety Company and Old Republic Surety Company.

**IT IS HEREBY FURTHER ORDERED** that payment of the attorneys' fees awarded hereby, in the amount of $65,000.00, shall be made within 30 days of entry of this order by delivery of payment to counsel for Adminco, Peter A. Hutchinson, payable to the Construction Laborers Trust Funds for Southern California. Mike Bubalo Construction Co., Inc., The Western Surety Company and Old Republic Surety Company shall be, and are, together obligated to assure that such payment is timely made.

IT IS SO ORDERED.

DATED: July 13, 2020

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE